UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARGARITO MENDEZ LOPEZ, et al.,

           Plaintiffs,

    -v-                                        24-cv-834 (LJL)

101 W 55 REST INC. et al.,                       ORDER

           Defendants.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/29/2025

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on April 29, 2025. No counsel for any party attended. The initial pretrial conference is adjourned to May 27, 2025 at 4 PM. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiffs are ordered to attend the May 27 conference or else to show cause why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                            United States District Judge