UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARGARITO MENDEZ LOPEZ, RAFAEL
CAMPOS, and JESUS RAMIREZ SALAZAR, *individually and on behalf of others similarly situated*,

                             *Plaintiff*,

-against-

101 W 55 REST INC. (D/B/A ASTRO
RESTAURANT), and MIRON AVERHIOU,

                           *Defendants.*
------------------------------------------------------------------X

Case No.: 25-cv-00834

NOTICE OF MOTION FOR
DEFAULT JUDGMENT

      Please take notice that, upon the Declaration of Michael Faillace dated May 27, 2025 (and the exhibits attached thereto, including the Declaration of Plaintiffs Margarito Mendez Lopez, Rafael Campos, and Jesus Ramirez Salazar, and all prior papers and proceedings in this case, Plaintiff, by counsel, will move this Court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants 101 W 55 REST Inc. (d/b/a Astro Restaurant) and Miron Averhiou.

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

Dated: New York, New York
         May 27, 2025

                                                         CSM LEGAL, P.C.

                                  By:   */s/ Michael Faillace*
                                         Michael Faillace
                                         60 East 42nd Street, Suite 4510
                                         New York, New York 10165
                                         Tel.: (212) 317-1200
                                         *Attorneys for Plaintiff*

To: 101 W 55 REST Inc.
(d/b/a Astro Restaurant)
1361 Sixth Avenue
New York, NY 10019

Miron Averhiou
1361 Sixth Avenue
New York, NY 10019