UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARGARITO MENDEZ LOPEZ, RAFAEL CAMPOS,
and JESUS RAMIREZ SALAZAR,
*individually and on behalf of others similarly
 situated*,

                              *Plaintiff*,
      -against-

101 W 55 REST INC. (D/B/A ASTRO RESTAURANT),
and MIRON AVERHIOU,

                              *Defendants.*
------------------------------------------------------------------X

Case No.: 25-cv-00834

**PROPOSED DEFAULT JUDGMENT**

      Plaintiffs commenced this action by filing a Complaint (and associated documents) on January 28, 2025.

      To date, Defendants 101 W. 55 Rest., Inc. (d/b/a Astro Restaurant) and Miron Averhiou have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of 101 W. 55 Rest., Inc. (d/b/a Astro Restaurant) and Miron Averhiou on May 8, 2025.

      NOW, on motion of Plaintiffs, by their attorneys, Michael Faillace & Associates, P.C., it is hereby

      **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs Margarito Mendez Lopez, Rafael Campos, and Jesus Ramirez Salazar have judgment, joint and severally, against Defendants 101 W. 55 Rest., Inc. (d/b/a Astro Restaurant) and Miron Averhiou in the total amount of $1,076,756.78, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $432,958.50; (B) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $432,958.50; (C) compensatory damages for unpaid spread of hours (SOH) pay in the amount of $24,108.00; (D) liquated damages for unpaid spread of hours (SOH) pay in the amount of $24,108.00; (E) statutory damages for violations of New York Labor Law § 195(1) in the amount of $15,000.00; (F) statutory damages for violations of New York Labor Law § 195(3) in the amount of $15,000.00; and (G) pre-judgment interest on unpaid minimum wages and overtime compensation

calculated at the rate of 9% per annum to the date of judgment in the amount of $126,003.79 as of May 23, 2025 and (H) pre-judgment interest on unpaid spread of hours (SOH) pay calculated at the rate of 9% per annum to the date of judgment in the amount of $6,619.99 as of May 23, 2025.

That Plaintiff is awarded attorney's fees in the amount of $3,335.00, and costs in the amount of $405.00.

That Plaintiff is awarded post-judgment interest as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
_____, 2025

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____.