# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 06/09/2025

June 9, 2025

Honorable Judge Katharine H. Parker  
United States Magistrate Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re:   *Mendez Lopez et al v. 101 W 55 Rest Inc et al*, Index No. 25-cv-00834-LJL

Dear Judge:

This office represents Plaintiffs Margarito Mendez Lopez, Rafael Campos, and Jesus Ramirez Salazar in this wage and hour action ("Plaintiffs"). We write to request an adjournment for Plaintiffs' motion for default judgment hearing which is currently scheduled for July 24, 2025, as I have a conflict in schedule. The defendants in this matter are pro se.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

__/s/ Robert Jun_____  
Robert Jun  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiffs*

**APPLICATION GRANTED:** The default judgment hearing in this case scheduled for July 24, 2025 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007 is hereby rescheduled to <u>Tuesday, August 12, 2025 at 2:00 p.m.</u> Plaintiffs are directed to serve a copy of this endorsement on the Defendants.

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

06/09/2025