```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MENDEZ LOPEZ et al.,

                Plaintiffs,

     -v-

101 W 55 REST INC et al.,

                Defendants.
------------------------------------------------------------------X

25-cv-834 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Clerk is directed to please vacate the certificates of default at Dkt. Nos. 15–16. Defendants' request for an extension until August 11, 2025, to respond to Plaintiffs' Complaint is granted.

    SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge