```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MENDEZ LOPEZ, et al.,

                                                  Plaintiffs,

                      -against-

101 W 55 REST INC., et al.

                                                Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING DEFAULT HEARING**

**25-CV-834 (LJL) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Default Hearing in this matter previously scheduled for **Tuesday, August 12, 2025 at 2:00 p.m.** is hereby canceled.

SO ORDERED.

Dated: August 11, 2025
       New York, New York

                                                  */s/ Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge