# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                         Telephone: (212) 317-1200
New York, New York 10165                               Facsimile: (212) 317-1620
_____

March 2, 2026

Honorable Judge Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____                  │
│ DATE FILED:___03/03/2026___      │
└─────────────────────────────────┘
```

> **Re:**     Mendez Lopez et al v. 101 W 55 Rest Inc et al,
> *Index No. 25-cv-00834-LJL*

Dear Judge Parker:

This office represents Plaintiffs Margarito Mendez Lopez, Rafael Campos, and Jesus Ramirez Salazar in this wage and hour action ("Plaintiffs"). We write to request an adjournment of the in-person initial conference scheduled for March 4, 2026. The reason for the adjournment is that the undersigned has a court appearance on a separate matter that morning. We reached out to opposing counsel last week and today to seek consent regarding this adjournment, but have yet to hear back regarding this. The undersigned is available on March 5, 6, and 9. We also did not receive any feedback regarding the proposed case management plan, which was sent to opposing counsel on February 26, 2026.

In addition, we also request that the in-person conference be converted to a virtual appearance. This will allow the parties to save on costs and expenses, which can alternatively be focused towards potential settlement of this matter.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

___/s/ Robert Jun_____
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

**APPLICATION GRANTED:**  The Initial Conference set for 3/4/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 will remain an <u>in-person proceeding</u> and is hereby rescheduled to <u>Monday, March 9, 2026 at 11:00 a.m.</u>

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**03/03/2026**