UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MENDEZ LOPEZ, et al.,

                                    Plaintiffs,                                    **ORDER**

                    -against-                                                      **25-CV-834 (KHP)**

101 W 55 REST INC., et al.

                                    Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Court is in receipt of the Defendants' recent filing regarding Defendant 101 W 55

Rest Inc. ("Astro Restaurant") filing for bankruptcy. (ECF No. 46.)  Plaintiff's claims against

Defendant Astro Restaurant in this case are thus subject to the automatic stay pursuant to 11

U.S.C. § 362.

        However, Plaintiff has also brought claims against Defendant Miron Averhiou, the

alleged owner of Astro Restaurant.  Generally, the automatic bankruptcy stay does not apply to

non-debtors. *See* 11 U.S.C. § 362(a)(1); *In re Durr Mechanical Constr., Inc.*, 604 B.R. 131, 136

(S.D.N.Y. Bankr. 2019); *Stih v. Rockaway Farmers Market, Inc.*, 656 B.R. 308, 312 (E.D.N.Y.

Bankr. 2024).  Accordingly, Defendants' assertion in their letter that "all proceedings in this

matter are automatically stayed as of the date and time of filing" the notice of bankruptcy is

not correct. (*See* ECF No. 46.)  The Court hereby reaffirms that the Initial Case Management

Conference scheduled for Monday, March 9, 2026, will proceed absent other order of the

Court.  Counsel for Plaintiff and for Defendant Averhiou are expected to attend.

        **SO ORDERED.**

Dated: March 6, 2026
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge