USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/30/2026

# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                    Telephone: (212) 317-1200
New York, New York 10165                           Facsimile: (212) 317-1620
_____

June 29, 2026

Judge Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED:** **In light of the parties' representation that they have settled this matter, the Case Management Conference previously scheduled for June 30, 2026 is hereby adjourned sine die.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/30/2026

Re:    *Mendez Lopez et al v. 101 W 55 Rest Inc et al*, Index No. 25-cv-00834-LJL

Dear Judge Parker:

This office represents the Plaintiffs in the above-referenced matter. We write to inform the Court that the parties have reached a settlement in principle, and therefore request that the case management conference scheduled for tomorrow be adjourned *sine die*.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

___/s/ Robert Jun_____
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*