**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARGARITO MENDEZ LOPEZ, et al.,

                          Plaintiffs,

            -against-

101 W 55 REST INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 6/30/2026

**25-CV-834 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties letter informing the Court that they have reached a settlement in principle. The parties shall have until **July 30, 2026**, to submit their executed settlement agreement and joint letter motion for the Court's approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

       **SO ORDERED.**

DATED:     New York, New York
             June 30, 2026

                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge