USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARGARITO MENDEZ LOPEZ, et al.,

Plaintiffs,

-against-

101 W 55 REST INC., et al.,

Defendants.

-------------------------------------------------------------X

**25-CV-834 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Parties are reminded that the deadline to submit the settlement terms to the Court for approval, as set by the Court's June 30, 2026 Order, has now passed. The Court *sua sponte* extends the deadline for the Parties to submit the terms of the settlement for approval by this Court, pursuant to the Court's June 30, 2026 Order, to **August 14, 2026.**

**SO ORDERED.**

DATED: New York, New York
August 6, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge