USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 8/17/2026


# Faillace & Associates, P.C.

Employment and Litigation Attorneys

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


August 14, 2026

Judge Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Court grants the Parties' request. By **September 4, 2026**, the Parties shall submit the terms of their settlement for approval by the Court.

***Re:*** Mendez Lopez et al v. 101 W 55 Rest Inc et al,
*Index No. 25-cv-00834-LJL*

Dear Judge Parker:

This office represents the Plaintiffs in the above-referenced matter. The current deadline for the parties to file their settlement documents is August 14, 2026. The parties jointly request that this deadline be extended by 21 days to September 4, 2026. The reason for this request is that the parties need additional time to work through the settlement terms.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

8/17/2026